```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14653
   KATHERINE M CREAMER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0111


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/14/07 .

   2.  The case was dismissed without confirmation, 11/16/2007.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG        .00           .00           .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE   NOT FILED          .00           .00
WILL COUNTY TREASURER     SECURED         NOT FILED          .00           .00
WILL COUNTY TREASURER     SECURED              .00           .00           .00
AT&T MOBILITY LLC         UNSECURED       NOT FILED          .00           .00
CREDIT MANAGEMENT SERVIC  UNSECURED       NOT FILED          .00           .00
DUPAGE MEDICAL GROUP      UNSECURED       NOT FILED          .00           .00
EDWARD HOSPITAL           UNSECURED       NOT FILED          .00           .00
DUPAGE RADIOLOGISTS       UNSECURED       NOT FILED          .00           .00
NICOR GAS                 UNSECURED       NOT FILED          .00           .00
AT&T MOBILITY LLC         UNSECURED       NOT FILED          .00           .00
VANGUARD MANAGEMENT       UNSECURED       NOT FILED          .00           .00
PATRICK A MESZAROS        REIMBURSEMENT       24.00          .00           .00
PATRICK A MESZAROS        REIMBURSEMENT       24.00          .00           .00
         Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         48.00          .00          .00         48.00
PRINCIPAL PAID         .00           .00          .00          .00           .00
INTEREST PAID          .00           .00          .00          .00           .00
TOTAL PAID             .00           .00          .00          .00           .00
The Debtor's attorney, PATRICK A MESZAROS           , was allowed $    3500.00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 14653 KATHERINE M CREAMER